UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
|         v. | ) | NO. 3:01MC00001-01 |
| | ) | |
| BERLAN L. TAYLOR | ) | |
|     Defendant, | ) | |
|     and | ) | |
| | ) | |
| TWIN RIVERS SCHOOL DISTRICT, | ) | |
|     Garnishee. | ) | |

**GARNISHMENT ORDER**

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on February 2, 2006, stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due defendant, and that garnishee was indebted to defendant in the sum of $2,595.83 monthly. The defendant is indebted to the United States in the sum of $123,336.11, with interest accruing at the legal rate.

On January 19, 2006, the defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

THEREFORE, IT IS ORDERED that Garnishee withhold the sum of $300.00 per pay period and send to plaintiff and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this court.

Said payments should be sent to the United States Attorney, P.O. Box 1229, Little Rock, Arkansas, 72203.

IT IS SO ORDERED THIS 24TH DAY OF FEBRUARY, 2006.

<u>/s/Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE